UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

JAMES PHILIP SOLLEY,                         No. 11-13416

                          Debtor(s).
_____/

Memorandum on Motion For Contempt
_____

       Due to lax computer controls and office procedures, Creditor Young's Market Company, LLC, violated the discharge injunction by sending statements to the debtor after the discharge and even after Solley had filed and served an adversary proceeding against it for violation of the automatic stay. While such violations, even without intent, are a serious matter, Solley suffered not harm whatsoever and the Creditor has instituted new procedures designed to keep this situation from recurring. Accordingly, the court will assess sanctions against Young's, payable to the court, in the amount of $250.00 but will stay them so long as Young's does not in the future send statements or bills to debtors after notification of a bankruptcy filing.

       The court will enter an appropriate order.

Dated: September 28, 2012

                                                           Alan Jaroslovsky
                                                           U.S. Bankruptcy Judge